**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> DISCOVERCAPITALONE.COM, ET AL., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:24-cv-470-AJT-WBP |

## **ORDER**

This matter is before the Court on Plaintiff Capital One Financial Corporation ("Capital One") and Discover Financial Service's ("Discover") (collectively "Plaintiffs") Motion for Default Judgment, [Doc. No. 26] (the "Motion"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On November 6, 2024, Magistrate Judge Porter issued a report with proposed findings of fact and recommendations, [Doc. No. 33] (the "R&R"). Magistrate Judge Porter recommended that default judgment be entered in favor of Plaintiffs and against Defendants through multiple forms of relief:

> (1) transferring the internet domain names DISCOVERCAPITALONE.COM, CAPITALONEDISCOVER.COM, CAPITALONE-DISCOVER.NET, and CAPITALONE-DISCOVER.ORG to Plaintiffs,
> (2) ordering VeriSign, Inc. and Public Domain Registry to change the registrars of record for these domain names to Plaintiffs' domain name registrar of choice: GoDaddy.com, and
> (3) ordering GoDaddy.com to take all necessary steps to update the registrants of these domain names as directed by Plaintiffs.

*Id.* at 13. The Defendants filed no objection to the R&R.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of Magistrate Judge Porter. Accordingly, it hereby

1

**ORDERED** that the Motion [Doc. No. 26] be, and the same hereby is, **GRANTED**, and that judgment is entered against Defendants; and it is further

**ORDERED** that the internet domain names DISCOVERCAPITALONE.COM, CAPITALONEDISCOVER.COM, CAPITALONE-DISCOVER.NET, and CAPITALONE-DISCOVER.ORG shall be transferred to the Plaintiffs; and it is further

**ORDERED** that VeriSign, Inc. and Public Domain Registry shall change the registrars of record for DISCOVERCAPITALONE.COM, CAPITALONEDISCOVER.COM, CAPITALONE-DISCOVER.NET, and CAPITALONE-DISCOVER.ORG to GoDaddy.com; and it is further

**ORDERED** that GoDaddy.com shall register the domain names DISCOVERCAPITALONE.COM, CAPITALONEDISCOVER.COM, CAPITALONE-DISCOVER.NET, and CAPITALONE-DISCOVER.ORG to Plaintiffs.

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

Alexandria, Virginia
January 13, 2025

Anthony J. Trenga
United States District Judge